## People of State of Illinois Upon Relation of Leslie J. Smith, Appellant, v. Myron E. Wisch, Appellee.

### Gen. No. 45,690.

Jesse Marcus, for appellant; Wisch, Crane & Cotter, for appellee. Opinion by Justice Friend. Not to be published in full. Opinion filed March 10, 1952; released for publication March 21, 1952.